UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ROGER MONSANTO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO HOME MORTGAGE, a division of Wells Fargo Bank, N.A.; and DOES 1 - 100, inclusive,<br><br>　　　　　Defendants. | Case No. 4:15-CV-05424-JSW<br><br>[Assigned to the Hon. Jeffrey S. White]<br><br>**ORDER RE: VACATING MOTION TO DISMISS HEARING AND OTHER DEADLINES FOLLOWING NOTICE OF SETTLEMENT**<br>**AND SETTING STATUS CONFERENCE** |

　　　　As set forth in the Amended Notice of Settlement filed on January 21, 2016, plaintiff ROGER MONSANTO and defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A. (f/k/a Wachovia Mortgage, FSB and World Savings Bank, FSB) (collectively, the "parties") reached a settlement in the above-captioned action on January 19, 2016.  Once a settlement agreement is fully executed, the parties intend to file a joint stipulation and proposed order dismissing the case pursuant to FRCP 41(a).

/ / /

/ / /

/ / /

1  In light of the Notice of Settlement and good cause appearing, the Court vacates the
2  motion to dismiss hearing scheduled for February 5, 2016, along with all other hearings, ~~and~~
3  including the February 26, 2016 case management conference, and all other deadlines presently on calendar.  For case management purposes, the Court sets a status
4  conference for April __22__ , 2016 at __11:00__ a.m., to be attended by the parties provided that a
5  stipulated dismissal is not filed before this date.  If the status conference goes forward, the parties
6  shall file a joint report seven (7) calendar days before this conference.
7  **IT IS SO ORDERED.**

10  DATED: __January 21__ , 2016            _____
                                             THE HONORABLE JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE