UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MONSANTO,<br><br>   Plaintiff,<br><br>   v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>   Defendant. | Case No. 15-cv-05424-JSW<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 17 |

Pursuant to the joint stipulation of dismissal executed and filed by the parties, which represents that a confidential settlement agreement was executed by the parties in March 2016, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This case is dismissed with prejudice;
2. Each party shall bear their own fees and costs;
3. All other pending motions are denied as moot; and
4. The Court shall close its file.

**IT IS SO ORDERED.**

Dated: April 7, 2016

_____
JEFFREY S. WHITE
United States District Judge